# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1118
_____

In re:  Loyd Brewer,                       *
                                           *
----------------------                     *
                                           *
Loyd Brewer,                               *   Appeal from the United States
                                           *   District Court for the
            Debtor-Appellant,              *   Eastern District of Arkansas.
                                           *        [UNPUBLISHED]
        v.                                 *
                                           *
Farm Services, Inc.,                       *
                                           *
            Creditor-Appellee.             *

_____

Submitted:  November 5, 1998

Filed: November 19, 1998
_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Loyd Brewer appeals from the district court's[1] affirmance of the bankruptcy court's[2] denial of Brewer's motions to hold Farm Service Agency (FSA) in contempt of an automatic stay, to set aside a land conveyance to FSA, and to compel FSA to make payments to Brewer under a government program. Having reviewed the record and the parties' briefs, we conclude that the bankruptcy court did not err. Accordingly, we affirm the judgment of the bankruptcy court for the reasons set forth in its opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

[2]The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Court for the Eastern District of Arkansas.